UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

---

UNITED STATES OF AMERICA,

                    Plaintiff,

-against-

Jeannette Kroblen

                    Defendant.

Case No.: 93 MJ 01377 (MRG)

**ORDER OF DISMISSAL**

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 13 day of November, 2020
Poughkeepsie, New York